# United States Court of Appeals
## For the First Circuit

---

### NOTICE OF APPEARANCE

**No.** 26-2210 **Short Title:** New Jersey v. OMB

The Clerk will enter my appearance as counsel on behalf of ***(please list names of all parties represented, using additional sheet(s) if necessary)***:

State of Illinois as the

[ ] appellant(s) [✓] appellee(s) [ ] amicus curiae

[ ] petitioner(s) [ ] respondent(s) [ ] intervenor(s)

/s/ Alex Hemmer
Signature

October 26, 2026
Date

Alex Hemmer
Name

Office of the Illinois Attorney General
Firm Name (if applicable)

(312) 814-3000
Telephone Number

115 S. LaSalle St.
Address

Fax Number

Chicago, IL 60603
City, State, Zip Code

alex.hemmer@ilag.gov
Email (required)

Court of Appeals Bar Number: 1188278

Has this case or any related case previously been on appeal?

[✓] No [ ] Yes Court of Appeals No.____________________

==========================================================================

**Attorneys for both appellant and appellee must file a notice of appearance within 14 days of case opening**. New or additional counsel may enter an appearance outside the 14 day period; however, a notice of appearance may not be filed after the appellee/respondent brief has been filed without leave of court. 1st Cir. R. 12.0(a).

**Counsel must complete and file this notice of appearance in order to file pleadings in this court**. Counsel not yet admitted to practice before this court must promptly submit a bar application. 1st Cir. R. 46.0(a)(2).