# United States Court of Appeals
## For the First Circuit

---

### NOTICE OF APPEARANCE

**No.** 26-2210 **Short Title:** State of New Jersey et al. v. U.S. Office of Management and Budget et al.

The Clerk will enter my appearance as counsel on behalf of ***(please list names of all parties represented, using additional sheet(s) if necessary)***:

State of Vermont as the

[ ] appellant(s) [✓] appellee(s) [ ] amicus curiae

[ ] petitioner(s) [ ] respondent(s) [ ] intervenor(s)

/s/ Jonathan T. Rose
Signature

October 27, 2026
Date

Jonathan T. Rose
Name

Vermont Office of the Attorney General
Firm Name (if applicable)

(802) 828-3171
Telephone Number

109 State Street
Address

(802) 828-3187
Fax Number

Montpelier, VT 05609
City, State, Zip Code

jonathan.rose@vermont.gov
Email (required)

Court of Appeals Bar Number: 1215541

Has this case or any related case previously been on appeal?

[✓] No [ ] Yes Court of Appeals No.________________

======================================================

**Attorneys for both appellant and appellee must file a notice of appearance within 14 days of case opening**. New or additional counsel may enter an appearance outside the 14 day period; however, a notice of appearance may not be filed after the appellee/respondent brief has been filed without leave of court. 1st Cir. R. 12.0(a).

**Counsel must complete and file this notice of appearance in order to file pleadings in this court**. Counsel not yet admitted to practice before this court must promptly submit a bar application. 1st Cir. R. 46.0(a)(2).