# United States Court of Appeals
## For the First Circuit

---

### NOTICE OF APPEARANCE

**No.** 26-2210 **Short Title:** New Jersey v. OMB

The Clerk will enter my appearance as counsel on behalf of ***(please list names of all parties represented, using additional sheet(s) if necessary)***:
State of Rhode Island as the

[ ] appellant(s) [✔] appellee(s) [ ] amicus curiae

[ ] petitioner(s) [ ] respondent(s) [ ] intervenor(s)

/s/ Leonard Giarrano IV
Signature

October 27, 2026
Date

Leonard Giarrano IV
Name

Rhode Island Office of the Attorney General
Firm Name (if applicable)

401-274-4400 Ext. 2062
Telephone Number

150 South Main Street
Address

401-222-3016
Fax Number

Providence, RI 02903
City, State, Zip Code

lgiarrano@riag.ri.gov
Email (required)

Court of Appeals Bar Number: 1215518

Has this case or any related case previously been on appeal?

[✔] No [ ] Yes Court of Appeals No.________________

================================================================

**Attorneys for both appellant and appellee must file a notice of appearance within 14 days of case opening**. New or additional counsel may enter an appearance outside the 14 day period; however, a notice of appearance may not be filed after the appellee/respondent brief has been filed without leave of court. 1st Cir. R. 12.0(a).

**Counsel must complete and file this notice of appearance in order to file pleadings in this court**. Counsel not yet admitted to practice before this court must promptly submit a bar application. 1st Cir. R. 46.0(a)(2).