# United States Court of Appeals
## For the First Circuit

No. 26-2210

STATE OF NEW JERSEY; COMMONWEALTH OF MASSACHUSETTS; STATE OF NEW YORK; STATE OF ARIZONA; STATE OF CALIFORNIA; STATE OF COLORADO; STATE OF CONNECTICUT; STATE OF DELAWARE; DISTRICT OF COLUMBIA; STATE OF HAWAII; STATE OF ILLINOIS; STATE OF MAINE; STATE OF MARYLAND; ATTORNEY GENERAL DANA NESSEL; STATE OF MINNESOTA; STATE OF NEW MEXICO; STATE OF NEVADA; STATE OF OREGON; JOSH SHAPIRO, in the official capacity as Governor of the Commonwealth of Pennsylvania; STATE OF RHODE ISLAND; STATE OF VERMONT; STATE OF WISCONSIN; LAURA KELLY, in the official capacity as Governor of the State of Kansas; OFFICE OF THE GOVERNOR EX REL. ANDREW BESHEAR, in the official capacity as Governor of the Commonwealth of Kentucky,

Plaintiffs - Appellees,

v.

RUSSELL THURLOW VOUGHT, in the official capacity as Director of the Office of Management and Budget; U.S. DEPT OF AGRICULTURE; U.S. OFFICE OF MANAGEMENT AND BUDGET; BROOKE L. ROLLINS, in the official capacity as Secretary of USDA; U.S. DEPARTMENT OF COMMERCE; HOWARD LUTNICK, in the official capacity as Secretary of Commerce; U.S. DEPARTMENT OF DEFENSE; PETE HEGSETH, in the official capacity as Secretary of Defense; U.S. DEPARTMENT. OF HOMELAND SECURITY; U.S. DEPARTMENT OF JUSTICE; TODD BLANCHE, in the official capacity as Attorney General of the U.S.; MARKWAYNE MULLIN, in the official capacity as Secretary of Homeland Security; U.S. DEPARTMENT OF LABOR; KEITH E. SONDERLING, in the official capacity as Secretary of Labor; U.S. DEPARTMENT OF STATE; MARCO RUBIO, in the official capacity as Secretary of State; U.S. ENVIRONMENTAL PROTECTION AGENCY; LEE ZELDIN, in the official capacity as Administrator of the Environmental Protection Agency; FEDERAL EMERGENCY MANAGEMENT AGENCY; CAMERON HAMILTON, in the official capacity as the Senior Official Performing the Duties of the Administrator; NATIONAL ENDOWMENT FOR THE HUMANITIES; MICHAEL MCDONALD, in the official capacity as Acting Chairman of the National Endowment for the Humanities; NATIONAL SCIENCE FOUNDATION; BRIAN STONE, in the official capacity as the Acting Director of the National Science Foundation; U.S. DEPT OF THE INTERIOR; DOUG BURGUM, in the official capacity as Secretary of Interior,

Defendants - Appellants.

Before

Barron, Chief Judge,
Montecalvo and Rikelman, Circuit Judges.

---

**ORDER OF COURT**

Entered: November 6, 2026

This matter is before the court on defendants-appellants' "Emergency Motion for Stay Pending Appeal and Emergency Administrative Stay." The request for immediate relief is denied. The court intends to rule on the broader request for stay relief once the motion has been briefed. Plaintiffs-appellees should respond to the stay motion by November 9, 2026. Any reply should be filed by November 12, 2026. The court will then address the stay request as soon as practicable.

By the Court:

Anastasia Dubrovsky, Clerk

cc:
Donald Campbell Lockhart, Daniel Tenny, Abraham R. George, Brenna Helene Scully, Stephen Michael Pezzi, Jeremy Feigenbaum, Matthew J. Platkin, Amanda I. Morejón, Jessica L. Palmer, Lauren Elizabeth Van Driesen, Meghan Musso, Sarah Nealon, Stephen Ehrlich, Bassam Gergi, Sundeep Iyer, James A. Sweeney, Katherine B. Dirks, Anna Esther Lumelsky, Vanessa Arslanian, Andrea J. Campbell, Yael Shavit, Jak Kundl, Savannah Rose Arguello, Letitia James, Rabia Muqaddam, Mark Stephen Grube, Jessica Ranucci, Robert Bonta, Zelda Rose Vassar, Anya M. Binsacca, Shiwon Choe, Harald H. Kirn, Philip J. Weiser, David Moskowitz, William M. Tong, Michael Kenneth Skold, Kathleen Jennings, Vanessa L. Kassab, Ian R. Liston, Brian L. Schwalb, Anne E. Lopez, Andrew C. Mendrala, Kalikoʻonālani Diara Fernandes, Alex Hemmer, Kwame Raoul, Darren Bernens Kinkead, Aaron M. Frey, Paul E. Suitter, Anthony G. Brown, Steven J. Goldstein, Dana Nessel, Neil Giovanatti, Keith Ellison, Katherine Bies, Anjana Samant, Raúl Torrez, Aaron D. Ford, Heidi Parry Stern, Kiel Ireland, Daniel A. Rayfield, Brian Simmonds Marshall, Coby Howell, Jennifer Selber, Jacob Boyer, Peter F. Neronha, Leonard Giarrano, IV, Charity R. Clark, Jonathan T. Rose, Joshua L. Kaul, Colin T. Roth, Justin H. Whitten, Ashley Stites-Hubbard, Laura Crittenden Tipton, Steven Travis Mayo, Taylor Payne, Nathaniel M. Lindzen, James R. Rodriguez, Krista Oehlke, Joshua Schnell, Samuel Van Kopp, Robert A. Koch